**BROWN v. STATE.**

**No. 24673.**

Court of Criminal Appeals of Texas.

March 1, 1950.

224

---

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is murder with malice and the punishment assessed, thirty years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

HAWKINS, P. J., absent.

Opinion approved by the Court.